# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| S.P., a minor, by and through her Guardian Ad Litem, Nefali Palacios, <br><br> Plaintiff, <br><br> v. <br><br> EAST WHITTIER CITY SCHOOL DISTRICT <br><br> Defendant. | Case No. 2:15-cv-09248 JAK (PJWx) <br><br> **JUDGMENT** <br><br> **JS-6** |

    IT IS HEREBY ADJUDGED that Plaintiff S.P.'s ("Plaintiff") complaint against Defendant East Whittier City School District ("Defendant") is **DISMISSED with prejudice,** and that the decision of Administrative Law Judge Sabrina Kong is upheld in its entirety.  Therefore, Plaintiff shall take nothing by this Complaint.

    **IT IS SO ORDERED.**

DATED: October 21, 2016

                                              **JOHN A. KRONSTADT**
                                              **United States District Judge**